IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MS. KOLEA BURNS,               )
Administratrix of the          )
Estate of Emerson Crayton,     )
Jr.,                           )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      3:14cv350-MHT
                               )           (WO)
CITY OF ALEXANDER CITY, a      )
Municipal corporation,         )
et al.,                        )
                               )
     Defendants.               )
```

## JUDGMENT

Having considered plaintiff Kolea Burns's "Pro Tanto Dismissal With Prejudice", which the court construes as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff Burns's motion to dismiss (doc. no. 88) is granted.

(2) Defendants D&L Foods, Inc., Daniel Yates, Lynn Patterson, LeGina Watson, and Huddle House, Inc. are dismissed with prejudice and terminated as parties, with all parties to bear their own costs. All claims against all other defendants remain.

The court assumes that the defendants have no objection to the allowance of the dismissal; however, if there is any objection, it must be filed within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 26th day of October, 2015.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE