IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  |
|---|---|---|
| MS. KOLEA BURNS, Administrator of the Estate of Emerson Crayton, Jr., and G.C., only child of her father Emerson Crayton, Jr., by her mother and next friend Kolea Burns, | ) ) ) ) ) ) ) ) ) | |
|     Plaintiffs, | ) ) | |
|     v. | ) ) ) | CIVIL ACTION NO. 3:14cv350-MHT (WO) |
| CITY OF ALEXANDER CITY, a Municipal corporation, et al., | ) ) ) ) | |
|     Defendants. | ) | |

**JUDGMENT**

In accordance with the "Settlement Agreement and Release of All Claims" with Alexander City defendants (doc. no. 95-1), which the court construes as a motion to dismiss, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion to dismiss (doc. no. 95-1) is granted.

(2) Defendants City of Alexander City and Tommy Maness are dismissed with prejudice and terminated as parties. No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of June, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**